# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**TEACHING STRATEGIES, INC.**

        **Plaintiff**

        v.                         Civil No.  WMN-02-3561

**TEACHER STREET, INC.**

        **Defendant**

\*\*\*\*\*\*

## ORDER OF DEFAULT

It appearing from the records that the summons and Complaint were properly served upon the above named Defendant on    January 25, 2003   , and that the time for said Defendant to plead or otherwise defend expired on   February 1, 2002    , and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this  20th   day of    March       , 2003.

                                                FELICIA C. CANNON, CLERK

                                  By:                /s/
                                        Mary Jo Lauman,  Deputy Clerk