**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**TEACHING STRATEGIES, INC.**

**Plaintiff**

v.   Civil No. WMN-02-3561

**TEACHER STREET, INC.**

**Defendant**

\*\*\*\*\*\*

**AMENDED ORDER OF DEFAULT**

It appearing from the records that the summons and Complaint were properly served upon the above named Defendant on ___January 25, 2003___, and that the time for said Defendant to plead or otherwise defend expired on ___February 14, 2003___, and that said Defendant has failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by said Defendant is entered this 25th day of ___March___, 2003.

FELICIA C. CANNON, CLERK

By: ___/s/___
Mary Jo Lauman, Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default