# EXHIBIT A



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TEACHING STRATEGIES, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. WMN 02 CV 35 61 |
| ) | |
| TEACHER STREET, INC. ) | |
| ) | |
| Defendant. ) | |

## JUDGMENT BY DEFAULT AND PERMANENT INJUNCTION

Upon consideration of Plaintiff Teaching Strategies, Inc.'s ("Teaching Strategies") Motion for Default Judgment against Defendant Teacher Street, Inc. ("Teacher Street"), for failure to appear, answer or otherwise defend the Plaintiff's complaint;

IT IS HEREBY ORDERED that Plaintiff's Motion for a Default Judgment against Defendant Teacher Street is GRANTED; and it is further

ORDERED that Defendant Teacher Street is, from this day forward, permanently enjoined from:

    a.    Using, promoting, advertising, or displaying in any manner, directly or indirectly the trademark CREATIVE CURRICULUM, or any mark or designation confusingly similar to the CREATIVE CURRICULUM.

    b.    Producing, distributing, offering to sell, or selling in any manner, directly or indirectly, including via the Internet:

        (1)    products identified by the CREATIVE CURRICULUM mark or by any mark or designation confusingly similar to the CREATIVE CURRICULUM mark;

(2) any product in any packaging that is identical to, or confusingly similar to, the product packaging for Plaintiff's CREATIVE CURRICULUM products; and it is further

ORDERED that, because the Court finds that this case is exceptional within the meaning of 15 U.S.C. § 1117(a) in view of the blatant nature of the infringement involved herein and the failure of Defendant Teacher Street to cease and desist even after receiving a good faith request from Plaintiff to do so, Defendant Teacher Street is hereby ordered to pay over to Plaintiff the reasonable attorneys' fees and costs Plaintiff has been forced to incur in pursuing relief through resort to this lawsuit. Plaintiff shall file an affidavit with this Court concerning said attorneys' fees and costs within 20 days of the entry of this Order, to which Defendant will have 20 days to file any objections concerning the amount requested.

Date: 3/27/03

_____
United States District Judge

- 2 -