# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TEACHING STRATEGIES, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 02-CV-3561 (WMN) ) |
| TEACHER STREET, INC. | ) ) |
| Defendant. | ) ) |

**AFFIDAVIT OF BRIAN A. COLEMAN**

Affiant Brian A. Coleman, being duly sworn, hereby states as follows:

1. I am an attorney in the Washington D.C. office of the law firm Drinker Biddle & Reath LLP. I am counsel of record for the Plaintiff in this action, Teaching Strategies, Inc. ("Teaching Strategies").

2. I coordinated the filing of Teaching Strategies' Request for Entry of Default and for Default Judgment on March 19, 2003. On March 20, 2003, I received a copy of the Clerk's Entry of Default against the Defendant via electronic notice.

3. However, after March 20, 2003, I received no further notifications of any activity in this case, whether through electronic notice, U.S. mail, or otherwise, until I accessed the electronic docket in this case on October 2, 2003 through a private service provided by Courtlink. On that date, upon reviewing the docket, I saw that the Court had entered an order and default judgment against the Defendant on March 28, 2003 (the "Order'), and that the Order included an award of attorneys' fees and costs, pursuant to which Teaching Strategies, as

Plaintiff, was required to file an affidavit with the Court concerning those fees and costs within 20 days of the date of that Order.

4. I was never aware of the Order or its contents prior to October 2, 2003. I have consulted the other attorneys and staff of Drinker Biddle & Reath LLP involved with this case, and have been informed that they too had not received any notice of this Order.

5. After receiving the March 20, 2003 Entry of Default, and prior to learning of the Order's existence on October 2, 2003, I believed that Teaching Strategies' request for a default judgment was still under consideration by the Court. It was not surprising to me that a ruling on that request was not immediately forthcoming, since it involved a request for a permanent injunction and for attorneys' fees that required considerable briefing to demonstrate proper factual and legal support. I checked the docket on October 2, 2003 because over six months had passed at that point, and I wanted to ensure that nothing had happened without my knowledge.

6. After reviewing the docket on October 2, 2003, I contacted several personnel at the Court to apprise them of the situation, to discern whether and how notice had been sent out, and to make arrangements to obtain a copy of the Order. Through these conversations, I was informed that notice was not sent electronically, but was sent via regular mail. I then conferred further with other attorneys and staff in my office to determine whether a paper copy of this Order had been received, and again I received a negative response.

7. On October 8, 2003, I received by regular mail a copy of the March 28, 2003 Order (entitled "Judgment by Default and Permanent Injunction"), which I understand to have been sent by the Court in response to my October 2, 2003 request.

8. Since receiving actual notice of this Order, I have endeavored to comply with the Court's directive that an affidavit be supplied in connection with the Court's award of attorneys'

fees and costs. To that end, on today's date I am causing to be filed with the Court the Affidavit of Norm D. St. Landau concerning the amount of attorneys' fees and costs requested by Teaching Strategies in connection with the Court's March 28, 2003 Order.

9. I offer the instant affidavit in support of Teaching Strategies' motion for leave to file Mr. St. Landau's affidavit out of time.

10. I have personal knowledge of the foregoing, which is true and correct to the best of my knowledge and belief.

Dated this 14th day of October, 2003.

_____
BRIAN A. COLEMAN

CITY OF WASHINGTON            )
                              )   To wit:
DISTRICT OF COLUMBIA          )

SUBSCRIBED AND SWORN TO before me, a Notary Public in and for the City of Washington in the District of Columbia, this _____ day of October, 2003.

_____
NOTARY PUBLIC

DEBORAH A. BRYSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES: DEC. 14, 2005

My Commission Expires: _____.