# EXHIBIT C

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **TEACHING STRATEGIES, INC.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Civil Action No. 02-CV-3561 (WMN) |
| ) | |
| **TEACHER STREET, INC.** ) | |
| ) | |
| Defendant. ) | |

## AFFIDAVIT OF NORM D. ST. LANDAU

Affiant Norm D. St. Landau, being duly sworn, hereby states as follows:

1.      I am an attorney in the Washington D.C. office of the law firm Drinker Biddle & Reath LLP.  I am the partner in charge of the litigation initiated by Drinker Biddle & Reath on behalf of my client, Teaching Strategies, Inc. ("Teaching Strategies"), against the Defendant, Teacher Street, Inc. ("Teacher Street"), bearing the above case caption, seeking *inter alia* to permanently enjoin Teacher Street from further infringing Teaching Strategies' CREATIVE CURRICULUM trademark, or any confusingly similar variation thereof.

2.      I am submitting this affidavit in response to the Court's March 28, 2003 Order, which grants a permanent injunction against Teacher Street and in Teaching Strategies' favor, orders Teacher Street "to pay over to Plaintiff the reasonable attorneys' fees and costs Plaintiff has been forced to incur in pursuing relief through resort to this lawsuit Plaintiff," and directs Teaching Strategies to submit an affidavit supporting the amount requested.

3.      At Drinker Biddle & Reath, I focus my practice in intellectual property, including trademark and copyright law and the law of unfair competition, and I have over twenty years of

experience in this regard.  I serve as an adjunct professor of law at the Cornell Law School, where I presently teach a course entitled "The Law of Branding:  Trademarks, Trade Dress, and Unfair Competition."

4.     All legal work performed on Teaching Strategies' behalf in this action, both before and after suit was initiated, was done under my ultimate authority.  In this capacity, I oversaw and supervised the work performed by Brian A. Coleman (who is counsel of record in this case), Mary Pat Weyback, and other paralegals, outside investigators and staff.

5.     My billing rate in this matter was $375.00 per hour; Brian A. Coleman's billing rate was $270.00 per hour; and Mary Pat Weyback's billing rate was $265.00 per hour.  These rates are in line with prevailing market rates for attorneys at equivalent levels of experience engaged in complex intellectual property litigation in the greater Washington D.C. and Baltimore legal markets.

6.     To enforce the trademark rights at issue in this action, Teaching Strategies incurred charges of $33,328.50 in attorneys' fees and $3,715.56 in costs, for a total charge of $37,044.06.  The redacted billing statements detailing the precise work performed are attached to this affidavit, prefaced by a summary of all invoiced amounts.  To date, Teaching Strategies has paid the full amount of these charges, save one invoice in the amount of $134.73 which I believe to be undisputed.

7.     I reviewed each of these invoices prior to its delivery to and payment by Teaching Strategies, and I have reviewed each of them again prior to submitting this affidavit, and I believe the amounts charged therein to be reasonable.  I further believe that work performed on Teaching Strategies' behalf as reflected in these billing statements was necessary and appropriate to secure Teaching Strategies' rights in this action.

8.    In sum, Teaching Strategies was forced to incur $37,044.06 in attorneys' fees and costs in pursuing relief through this lawsuit, and I believe that these charges would not have been incurred but for Teacher Street's infringement of Teaching Strategies' trademark as set forth in the Complaint and Request for Default and for Default Judgment.  Further, I believe that this amount is reasonable, and is properly recoverable within the terms of the Court's March 28, 2003 Order.

9.    I have personal knowledge of the foregoing, which is true and correct to the best of my knowledge and belief.

Dated this 14th day of October, 2003.

_____
NORM D. ST. LANDAU

CITY OF WASHINGTON              )
                                )    To wit:
DISTRICT OF COLUMBIA            )

    SUBSCRIBED AND SWORN TO before me, a Notary Public in and for the City of Washington in the District of Columbia, this _____ day of October, 2003.

_____
NOTARY PUBLIC

DEBORAH A. BRYSON
NOTARY PUBLIC DISTRICT OF COLUMBIA
MY COMMISSION EXPIRES : DEC. 14, 2005

My Commission Expires: _____.

```
Oct 09 2003    10:28:08    BILL SUMMARY REPORT  --  MATTER NUMBER SORT                                    PAGE   1

Ledger dates: 090102 TO 100903  INVOICE DETAIL  ALL LEDGER CODES.NO REVERSED ITEMS.

                                                LAST    LAST
*MATTER NUMBER* *----CLIENT------* *--DESCRIPTION---* BILL   CREDIT    *--FEES--*  *--COSTS *  *--OTHER-* *---TOTAL--*

178281   INVOICE=327709                          103102            1628.50       10.70        .00     1639.20
178281   INVOICE=335246                          113002           12082.00      524.49        .00    12606.49
178281   INVOICE=342676                          123102            2062.50     1070.05        .00     3132.55
178281   INVOICE=350227                          013103            1443.00      690.73        .00     2133.73
178281   INVOICE=356953                          022803            6317.00      691.28        .00     7008.28
178281   INVOICE=360228                          033103            3344.50        2.30        .00     3346.80
178281   INVOICE=366801                          043003            6451.00      542.92        .00     6993.92
178281   INVOICE=375144                          053103                .00      134.73        .00      134.73
178281   INVOICE=379423                          063003                .00       48.36        .00       48.36
178281   TEACHING STRATEGIE ATS: TEACHER STREE 063003  081803     33328.50     3715.56        .00    37044.06

GRAND TOTAL :                                                     33328.50     3715.56        .00    37044.06
```

LAW OFFICES                                                      TAX I.D. #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
Teaching Strategies, Inc.                 Invoice Number 327709
5100 Wisconsin Avenue, NW                 Invoice Date   10/31/02
Suite 200                                 Client Number  30759
Washington, DC 20016                      Matter Number  178281
Attention:  Mr. Larry V. Bram             Page    6
```

---------------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 30 SEPTEMBER 2002

| Date | | | Hours | |
|------|---|---|-------|---|
| 09/04/02 | WEYBACK | Conference with N. St. Landau; review the ████████████ and teacherstreet.com websites; research ownership; review Teaching Strategies website and registration; email Y. Mui re trade investigation. | .70 | 185.50 |
| 09/12/02 | WEYBACK | Conference with L. Bram; forward draft cease and desist letter and revise per L. Bram; email to L. Bram; finalize and forward letter. | .50 | 132.50 |
| 09/24/02 | WEYBACK | Message to C. Werler re status of reply to cease and desist letter. | .20 | 53.00 |
| 09/25/02 | ST. LANDAU | Review and revise cease and desist letter | 3.00 | 1,125.00 |
| 09/25/02 | WEYBACK | Conference with N. St. Landau re no reply to our cease and desist letter; draft followup correspondence. | .50 | 132.50 |
| | | TOTAL HOURS | 4.90 | |

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423089

```
30759     TEACHING STRATEGIES, INC.              Invoice Number 327709
178281    ATS: TEACHER STREET (TEACHERSSTREET.COM)          Page    7
31 OCTOBER 2002
```

TIME SUMMARY:

```
--------------------------      ----------------------------      -------
   N ST. LANDAU                 3.00 hours at $ 375.00 =        1,125.00
   MP WEYBACK                   1.90 hours at $ 265.00 =          503.50
                                                              -------------
        CURRENT FEES                                           1,628.50
EXPENSES AND CHARGES
        Duplicating                                     5.70
        Fax Charges                                     5.00
                                                              -------------
        CURRENT EXPENSES AND CHARGES                             10.70
                                                              -------------
        TOTAL THIS MATTER                                    $1,639.20
                                                              =============
```

LAW OFFICES

TAX I. D. #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
Teaching Strategies, Inc.              Invoice Number  335246
5100 Wisconsin Avenue, NW              Invoice Date    11/30/02
Suite 200                              Client Number   30759
Washington, DC 20016                   Matter Number   178281
Attention:  Mr. Larry V. Bram          Page   4
```

------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 31 OCTOBER 2002

| Date | | | Hours | |
|------|---|---|-------|---|
| 10/02/02 | WEYBACK | Telephone conference with N. St. Landau re non-response from Teacher Street; telephone conference with Larry Bram re same | .40 | 106.00 |
| 10/04/02 | WEYBACK | Conference with N. St. Landau re litigation options; telephone conference Larry Bram, N. St. Landau re same, trade investigation; telephone conference Robert Jackson & Associates regardin trade investigation | .40 | 106.00 |
| 10/08/02 | WEYBACK | Review trade investigation report; review Dun & Bradstreet report; e-mail correspondence to Robert Jackson & Associates re information on location of actual sales | .30 | 79.50 |
| 10/15/02 | ST. LANDAU | Review of potential conflict; internet research and telephone conference; outline complaint | 3.00 | 1,125.00 |
| 10/15/02 | WEYBACK | Telephone conference with Larry Bram and N. St. Landau re potential litigation with Teacher Street; conference with N. St. Landau re substance of complaint; review web site re local rules in the District | 2.40 | 636.00 |

LAW OFFICES

## DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423089

```
30759   TEACHING STRATEGIES, INC.              Invoice Number 335246
178281 ATS: TEACHER STREET (TEACHERSSTREET.COM)      Page     5
30 NOVEMBER 2002
```

| Date | | | Hours | |
|------|--|--|-------|--|
| | | Court of Maryland; e-mail correspondence to Larry Bram re product and sales information needed; review information from Larry Bram re same; followup e-mail correspondence with Larry Bram; begin draft of Complaint | | |
| 10/16/02 | WEYBACK | Prepare Assignment of Trademark from Diane Dodge to Teaching Strategies, Inc.; conference N. St. Landau re same; revise Assignment; e-mail correspondence to Larry Bram re same; review CREATIVE CURRICULUM product materials and Teacher Street product materials; draft complaint | 3.20 | 848.00 |
| 10/17/02 | WEYBACK | Review, revise complaint | 2.00 | 530.00 |
| 10/21/02 | ST. LANDAU | Review and conference re complaint | 3.00 | 1,125.00 |
| 10/22/02 | COLEMAN | Planning with N. St. Landau and M. Weyback re filing complaint, and needed actions re same | .30 | 81.00 |
| 10/22/02 | WEYBACK | Conference N. St. Landau re Complaint; telephone Larry Bram re additional information for Complaint; review and revise Complaint; forward draft to Larry Bram | 2.10 | 556.50 |
| 10/24/02 | COLEMAN | Review draft complaint and e-mail from M. Weyback re same | .50 | 135.00 |
| 10/24/02 | WEYBACK | Review Larry Bram comments to Complaint; revise Complaint re same; e-mail conference B. Coleman re complaint and background; e-mail correpondence to Larry Bram | .70 | 185.50 |

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I. D. #23-1423089

```
30759  TEACHING STRATEGIES, INC.              Invoice Number 335246
178281 ATS: TEACHER STREET (TEACHERSSTREET.COM)         Page   6
30 NOVEMBER 2002
```

| Date | | | Hours | |
|------|--|--|-------|--|
| 10/25/02 | COLEMAN | Review and edit draft complaint; multiple e-mails with N. St. Landau and M. Weybeck re changes to same, and further issues to consider; review local rules, and instructions to paralegal L. Monroe re filing and serving complaint | 2.20 | 594.00 |
| 10/25/02 | ST. LANDAU | Review and revise complaint | 4.00 | 1,500.00 |
| 10/25/02 | WEYBACK | Conference D. Newman re prepararation of exhibits for Complaint. E-mail conference with N. St. Landau re same; review Complaint as revised per B. Coleman and N. St. Landau; conference N. St. Landau; review court rules re financial disclosure statement | 1.70 | 450.50 |
| 10/25/02 | NEWMAN | Review files re Complaint to be filed in the U.S. District Court for the District of Maryland; gather exhibits for Teacing Strategies; research Teacher Street website for exhibits examples; conferences with M. Weyback re same | 1.50 | 165.00 |
| 10/27/02 | WEYBACK | Review final form of exhibits to Complaint; draft new paragraphs to Complaint re "knowing" infringement; e-mail N. St. Landau and B. Coleman re same; review financial disclosure requirements for Maryland Court; e-mail correspondence to Larry Bram re financial information required | 1.50 | 397.50 |

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423089

30759  TEACHING STRATEGIES, INC.                  Invoice Number 335246
178281 ATS: TEACHER STREET (TEACHERSSTREET.COM)        Page    7
30 NOVEMBER 2002

| Date | | | Hours | |
| --- | --- | --- | --- | --- |
| 10/28/02 | COLEMAN | Further revisions to complaint, and exchange e-mails re same; coordinate with paralegal and staff re preparing initial filing documents, and revise same | 1.80 | 486.00 |
| 10/28/02 | ST. LANDAU | Review and finalize complaint | 4.00 | 1,500.00 |
| 10/28/02 | WEYBACK | Review N. St. Landau comments to "knowledge" issues on Complaint; telephone conference L. Bram re financial disclosure statement; Prepare same; telephone conferences D. Newman re final preparation of Complaint and exhibits | 1.80 | 477.00 |
| 10/28/02 | NEWMAN | Research and read Guidelines for United States District Court for the District of Maryland re Civil Cover Sheet, Summons, Complaint, filing fees; conferences with N. St. Landau, M. Weyback and Litigation group re same | 1.50 | 165.00 |
| 10/29/02 | COLEMAN | Assist in finalizing pleadings and coordinating filing of complaint | .40 | 108.00 |
| 10/29/02 | WEYBACK | Conference B. Coleman re filing of Complaint; correspondence to Clerk of Circuit Court re filing; conference D. Newman re same | .70 | 185.50 |
| 10/29/02 | NEWMAN | Prepare Complaint for filing in U.S. District Court for the District of Maryland in accordance with their guidelines; reformat Complaint and Corporate Disclosure Statement; prepare exhibits; federal Express to Court | 2.50 | 275.00 |

LAW OFFICES

TAX I. D. #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
30759  TEACHING STRATEGIES, INC.            Invoice Number 335246
178281 ATS: TEACHER STREET (TEACHERSSTREET.COM)      Page    8
30 NOVEMBER 2002
```

| Date | | Hours | |
|------|--|-------|--|

```
10/30/02 WEYBACK     E-mail recorrespondence to Larry    1.00    265.00
                     Bram re filing of Complaint;
                     draft correspondence to
                     Christopher Werler and Annettel
                     Donnelly re same; e-mail
                     conference N. St. Landau re
                     draft correspondence; telephone
                     conference with Tony Yarborough
                     re addresses for Werler and
                     Donnelly
                                                        -----
                                      TOTAL HOURS       42.90
```

TIME SUMMARY:

```
--------------------------    ----------------------------    -------
  BA COLEMAN           5.20 hours at $ 270.00 =     1,404.00
  N ST. LANDAU        14.00 hours at $ 375.00 =     5,250.00
  MP WEYBACK          18.20 hours at $ 265.00 =     4,823.00
  D NEWMAN             5.50 hours at $ 110.00 =       605.00
                                                  --------------
        CURRENT FEES                                12,082.00
```

EXPENSES AND CHARGES

```
        Duplicating                                    33.90
        Telecommunication Services                      5.59
        US Government Fees -  DIRECTOR OF THE US PATENT 40.00
        AND TRADEMARK OFFICE/ATS: Teacher Street/Filing
        fee to record Assignment
        Reversal from Void Check Number: 31920        (40.00)
        Bank ID: DC-BBH Voucher ID: 276844
        Vendor: DIRECTOR OF THE US PATENT
        US Government Fees -  CLERK US DISTRICT        150.00
        COURT/Filing fee for TM Infringement Complaint
        to the US District Court for the District of
        Maryland
```

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423089

```
30759    TEACHING STRATEGIES, INC.              Invoice Number 335246
178281   ATS: TEACHER STREET (TEACHERSSTREET.COM)       Page   9
30 NOVEMBER 2002
```

```
         Searches -  ROBERT JACKSON & ASSOC   /Searches        335.00
                                                         - - - - - - - - - - - - -

         CURRENT EXPENSES AND CHARGES                          524.49
                                                         - - - - - - - - - - - - -
         TOTAL THIS MATTER                              $12,606.49
                                                         =============
```

LAW OFFICES

TAX I.D. #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
Teaching Strategies, Inc.                Invoice Number 342676
5100 Wisconsin Avenue, NW                Invoice Date   12/31/02
Suite 200                                Client Number  30759
Washington, DC 20016                     Matter Number  178281
Attention:  Mr. Larry V. Bram            Page   6
```

---

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 30 NOVEMBER 2002

| Date | | | Hours | |
|------|--|--|-------|--|
| 11/01/02 | ST. LANDAU | Review, revisions to complaint and forwarding correspondence | 2.20 | 825.00 |
| 11/05/02 | NEWMAN | Review file; prepare letter to C. Werler forwarding Complaint as filed, per M. Weyback's instructions | .80 | 88.00 |
| 11/07/02 | ST. LANDAU | Review of complaint and conferences re revisions; review of correspondence with opposing counsel | 2.50 | 937.50 |
| 11/07/02 | WEYBACK | Review materials received from district court; e-mail correspondence to Larry Bram re status | .20 | 53.00 |
| 11/12/02 | WEYBACK | Review web site re continuing use of CREATIVE CURRICULUM | .10 | 26.50 |
| 11/13/02 | WEYBACK | Telephone conference with Lucy Lovrien, counsel for Teacher Street; telephone message to Larry Bram re same; e-mail conference N. St. Landau re same | .30 | 79.50 |
| 11/20/02 | WEYBACK | Telephone conference with L. Lovrien re status of review of our claims; e-mail correspondence to Larry Bram re same | .20 | 53.00 |

```
                                           -----
                            TOTAL HOURS     6.30
```

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23 1423089

```
30759    TEACHING STRATEGIES, INC.              Invoice Number 342676
178281   ATS: TEACHER STREET (TEACHERSSTREET.COM)       Page    7
31 DECEMBER 2002
```

TIME SUMMARY:

```
----------------------------    ----------------------------    -------
  N ST. LANDAU                   4.70 hours at $ 375.00 =      1,762.50
  MP WEYBACK                     0.80 hours at $ 265.00 =        212.00
  D NEWMAN                       0.80 hours at $ 110.00 =         88.00
                                                             -------------
          CURRENT FEES                                        2,062.50
```

EXPENSES AND CHARGES

```
          Postage                                      12.55
          Duplicating                                  45.30
          Federal Express                              40.70
          Searches -  TM INVESTIGATIONS GROUP INC  Online    426.00
          Search,Creative Curriculum Inc
          Searches -  ROBERT JACKSON & ASSOC/ Telephone      206.00
          and online research and report on creative
          curriculum, inc.
          Searches -  ROBERT JACKSON & ASSOC/ Online         339.50
          research and report on creative curriculum,
          inc.
                                                    --------------
          CURRENT EXPENSES AND CHARGES               1,070.05
                                                    --------------
          TOTAL THIS MATTER                          $3,132.55
                                                    ==============
```

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D #23-1423089

```
Teaching Strategies, Inc.              Invoice Number  350227
5100 Wisconsin Avenue, NW              Invoice Date    01/31/03
Suite 200                              Client Number   30759
Washington, DC 20016                   Matter Number   178281
Attention:  Mr. Larry V. Bram          Page      4
```

--------------------------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 31 DECEMBER 2002

| Date | | | Hours | |
|------|--|--|-------|--|
| 12/09/02 ST. LANDAU | Review of status and correspondence with opposing counsel; conference re proposed preliminary injunction | | 3.00 | 1,125.00 |
| 12/17/02 WEYBACK | Telephone conference with counsel for Teacher Street, Inc. re demand to stop using CREATIVE CURRICULUM; Conference N. St. Landau re next steps to be taken in litigation | | .60 | 159.00 |
| 12/19/02 WEYBACK | Begin correspondence to Larry Bram reporting on status and making recommendations for further action | | .30 | 79.50 |
| 12/20/02 WEYBACK | Finish e-mail correspondence to Larry Bram re recommendations for next steps | | .30 | 79.50 |
| | | TOTAL HOURS | 4.20 | |

TIME SUMMARY:

| | | |
|--|--|--|
| N ST. LANDAU | 3.00 hours at $ 375.00 = | 1,125.00 |
| MP WEYBACK | 1.20 hours at $ 265.00 = | 318.00 |
| CURRENT FEES | | 1,443.00 |

LAW OFFICES

# DrinkerBiddle&Reath
L L P

TAX I D #23-1423089

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
30759    TEACHING STRATEGIES, INC.           Invoice Number 350227
178281   ATS: TEACHER STREET (TEACHERSSTREET.COM)        Page    5
31 JANUARY 2003
```

EXPENSES AND CHARGES

```
        Duplicating                              687.00
        Telecommunication Services                 3.73
                                                 -------------

        CURRENT EXPENSES AND CHARGES             690.73
                                                 -------------
        TOTAL THIS MATTER                      $2,133.73
                                                 =============
```

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX ID #23-1423089

```
Teaching Strategies, Inc.          Invoice Number 356953
5100 Wisconsin Avenue, NW          Invoice Date   02/28/03
Suite 200                          Client Number  30759
Washington, DC 20016               Matter Number  178281
Attention: Mr. Larry V. Bram       Page     4
```

--------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 31 JANUARY 2003

| Date | | | Hours | |
|------|--|--|-------|--|
| 01/09/03 | WEYBACK | Conference B. Coleman regarding timing of service of complaint and filing of motion for preliminary injunction; conference D. Newman regarding filing of complaint. | .30 | 79.50 |
| 01/15/03 | WEYBACK | Conference N. St. Landau regarding service of complaint and drafting of Motion for Preliminary Injunction; conferences D. Newman regarding service; review and revise correspondence to process server; begin case law research in 4th Circuit. | 3.60 | 954.00 |
| 01/16/03 | COLEMAN | Exchange e-mails with N. St. Landau and M.P. Weyback regarding strategy in serving complaint. | .20 | 54.00 |
| 01/16/03 | WEYBACK | 4th Circuit research for standards for trademark infringement | 1.40 | 371.00 |
| 01/17/03 | ST. LANDAU | Status review and conference | 1.00 | 375.00 |
| 01/18/03 | WEYBACK | Review and annotate case law regarding injunctions, trademark infringement | 2.80 | 742.00 |
| 01/21/03 | ST. LANDAU | Review of status and preliminary injunction motion | 4.00 | 1,500.00 |

LAW OFFICES

## DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423059

```
30759  TEACHING STRATEGIES, INC.              Invoice Number 356953
178281 ATS: TEACHER STREET (TEACHERSSTREET.COM)      Page    5
28 FEBRUARY 2003
```

| Date | | | Hours | |
|------|--|--|-------|--|
| 01/24/03 | COLEMAN | Review rules regarding alternative service on Maryland corporation, and memo to M. P. Weyback regarding same. | .50 | 135.00 |
| 01/24/03 | ST. LANDAU | Review and outline preliminary injunction memorandum | 3.00 | 1,125.00 |
| 01/26/03 | WEYBACK | Begin preparation of motion for preliminary judgment. | 3.50 | 927.50 |
| 01/31/03 | COLEMAN | Review recent correspondence re status of service and preliminary injunction. | .20 | 54.00 |
| | | TOTAL HOURS | 20.50 | |

TIME SUMMARY:

| | | |
|--|--|--|
| BA COLEMAN | 0.90 hours at $ 270.00 = | 243.00 |
| N ST. LANDAU | 8.00 hours at $ 375.00 = | 3,000.00 |
| MP WEYBACK | 11.60 hours at $ 265.00 = | 3,074.00 |
| CURRENT FEES | | 6,317.00 |

EXPENSES AND CHARGES

| | |
|--|--|
| Duplicating | 3.90 |
| Computer Assisted Research (Lexis) | 687.38 |
| CURRENT EXPENSES AND CHARGES | 691.28 |
| TOTAL THIS MATTER | $7,008.28 |

LAW OFFICES

TAX I D #23-1423089

## DrinkerBiddle&Reath
### L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
Teaching Strategies, Inc.              Invoice Number  360228
5100 Wisconsin Avenue, NW              Invoice Date    03/31/03
Suite 200                              Client Number   30759
Washington, DC 20016                   Matter Number   178281
Attention: Mr. Larry V. Bram           Page      1
```

----------------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 28 FEBRUARY 2003

| Date | | | Hours | |
|------|---|---|------|---|
| 02/01/03 | WEYBACK | Begin draft Memorandum in support of Motion for Preliminary Injunction. | 5.20 | 1,378.00 |
| 02/02/03 | WEYBACK | Review Maryland District Court local rules re motions; continue memorandum in support of preliminary injunction motion. | 2.80 | 742.00 |
| 02/03/03 | COLEMAN | Conference with M.P. Weyback re strategic approaches to preliminary injunction motion. | .30 | 81.00 |
| 02/03/03 | WEYBACK | Telephone conference Brian Coleman re memorandum for preliminary injunction | .40 | 106.00 |
| 02/04/03 | WEYBACK | Review and revise Preliminary Injunction Memorandum; finalize correspondence to counsel for Teacher Street re formal institution of suit. | 1.30 | 344.50 |
| 02/05/03 | COLEMAN | Initial review of preliminary injunction motion and e-mail from M.P. Weyback re same. | .20 | 54.00 |
| 02/05/03 | WEYBACK | Review and revise motion and memorandum for preliminary injunction; e-mail to N. St. Landau and B. Coleman forwarding draft. | 1.80 | 477.00 |
| 02/13/03 | COLEMAN | Review draft preliminary injunction motion. | .40 | 108.00 |

LAW OFFICES                                                                  TAX ID #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
30759  TEACHING STRATEGIES, INC.              Invoice Number 360228
178281 ATS: TEACHER STREET (TEACHERSSTREET.COM)        Page    2
31 MARCH 2003

  Date                                                  Hours
 --------                                               -----

02/26/03 COLEMAN      Conference with N. St. Landau re      .10      27.00
                      status and strategy.
02/27/03 COLEMAN      E-mail MP Weyback re status and       .10      27.00
                      defendant's documents.
                                                           -----
                                     TOTAL HOURS           12.60

TIME SUMMARY:

----------------------------    ---------------------------    ------
  BA COLEMAN                      1.10 hours at $ 270.00 =        297.00
  MP WEYBACK                     11.50 hours at $ 265.00 =      3,047.50

                                                          --------------
          CURRENT FEES                                        3,344.50

EXPENSES AND CHARGES

          Duplicating                                           .30
          Fax Charges                                          2.00
                                                          --------------

          CURRENT EXPENSES AND CHARGES                          2.30
                                                          --------------
          TOTAL THIS MATTER                               $3,346.80
                                                          ==============
```

LAW OFFICES

# DrinkerBiddle&Reath
L L P

TAX I.D. #23-1423089

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

```
Teaching Strategies, Inc.                 INVOICE NUMBER:   366801
5100 Wisconsin Avenue, NW                 INVOICE DATE:     04/30/03
Suite 200                                 CLIENT NUMBER:    30759
Washington, DC 20016                      MATTER NUMBER:    178281
Attention:  Mr. Larry V. Bram             PAGE:   1
```

------------------------------------------------------------------------

Re: ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR PROFESSIONAL SERVICES RENDERED THROUGH 31 MARCH 2003

| Date | Description | Timekeeper | Hours | Amount |
|------|-------------|-----------|-------|--------|
| 03/01/03 | E-mail M.P. Weybeck re strategy and procedures going forth in light of defendant's failure to answer. | B A COLEMAN | .30 | 81.00 |
| 03/03/03 | E-mail conference B. Coleman re status of possible answer by Teacher Street and options for moving forward. | M P WEYBACK | .30 | 79.50 |
| 03/04/03 | Email with M.P. Weyback re obtaining injunction. | B A COLEMAN | .10 | 27.00 |
| 03/05/03 | Telephone process servers re service on court; e-mail A. Krokos re check for answer by Teacher Street. | M P WEYBACK | .50 | 132.50 |
| 03/10/03 | Review and evaluate draft motion for default judgment and permanent injunction and assess further strategic approaches to same. | B A COLEMAN | 1.50 | 405.00 |
| 03/12/03 | Telephone B. Coleman; e-mail A. Krokos re need for copy of recent order. | M P WEYBACK | .30 | 79.50 |

LAW OFFICES

## DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423089

Teaching Strategies, Inc.

Ref. No.  178281

30 April 2003
Invoice No. 366801
PAGE    2

| Date | Description | Attorney | Hours | Amount |
|------|-------------|----------|-------|--------|
| 03/14/03 | Telephone L. Bram re Order for default filings; conference N. St. Landau re same. | M P WEYBACK | .30 | 79.50 |
| 03/15/03 | Prepare Motion for Entry of Judgment; Motion for Default Judgment; review existing memorandum prepared for preliminary injunction. | M P WEYBACK | 1.50 | 397.50 |
| 03/16/03 | Review draft motion for default and default judgment; research re same; revise same. | B A COLEMAN | 2.00 | 540.00 |
| 03/16/03 | Prepare Order of Default; review and revise draft of motion for preliminary injunction to context of default judgment and request for permanent injunction; review Teacher Street site; e-mail conference N. St. Landau and B. Coleman. | M P WEYBACK | 2.30 | 609.50 |
| 03/17/03 | Review and edit draft motion for default, default judgment and injunction; research and edit motion for attorneys' fees. | B A COLEMAN | 4.80 | 1296.00 |
| 03/18/03 | Further research and drafting of motion for default, default judgment, injunction and attorneys' fees; circulate draft to N. St. Landau and M.P. Weyback. | B A COLEMAN | 3.00 | 810.00 |

LAW OFFICES

TAX I.D. #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

Teaching Strategies, Inc.

Ref. No.   178281

30 April 2003
Invoice No. 366801
PAGE     3

| | | | | |
|---|---|---|---|---|
| 03/18/03 | Receive assignment re filing; discussions with B. Coleman and M.P. Weyback; telephone call to Court; prepare motion for filing and service. | L D MONROE | 1.00 | 135.00 |
| 03/18/03 | Telephone conference B. Coleman; review and revise drafts of documents; telephone L. Bram; revise and finalize Affidavit for L. Bram; e-mail correspondence forwarding same; telephone conference L. Monroe re electronic filing; conferences B. Coleman re final changes to documents. | M P WEYBACK | 2.00 | 530.00 |
| 03/19/03 | Final revisions and edits to motion for default and for default judgment, coordinate scanning and file of same, e-mails with M.P. Weyback re same. | B A COLEMAN | 2.00 | 540.00 |
| 03/19/03 | Retrieve and review document; edit document; telephone call to court; prepare document for filing. | L D MONROE | 1.50 | 202.50 |
| 03/19/03 | Conference L. Monroe re separate orders; draft order from clerk; conference B. Coleman. | M P WEYBACK | .80 | 212.00 |
| 03/20/03 | Review incoming Order of Default; telephone conference with Court Clerk re typographical error in same; e-mail to N. St. Landau and M.P. Weyback re same; update file. | B A COLEMAN | .40 | 108.00 |

LAW OFFICES

TAX I.D. #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

Teaching Strategies, Inc.                          30 April 2003
                                                   Invoice No. 366801
   Ref. No.  178281                                PAGE    4

03/21/03 E-mails with M.P. Weyback re   B A COLEMAN      .20      54.00
         status of default;
         communication with Clerk re
         error.

03/25/03 E-mail conference B. Coleman   M P WEYBACK      .50     132.50
         re entry of default
         judgment; correspondence to
         L. Bram re status,
         forwarding documents.


                                TOTAL HOURS      25.30

            TOTAL FEES                                   $6,451.00


   TIME AND FEE SUMMARY:

   TIMEKEEPER              RATE      HOURS          FEES

   BA COLEMAN            270.00      14.30       3,861.00
   MP WEYBACK            265.00       8.50       2,252.50
   LD MONROE             135.00       2.50         337.50
                TOTALS              25.30       6,451.00


   EXPENSES AND CHARGES:

        Duplicating                          11.10
        Telecommunication Services             .93
        Service of Subpoenas                 396.29
        Computer Assisted Research (Lexis)   102.60
        Searches -  LEXIS-NEXIS Court Link Usage for   32.00
        the Period of 2/1/03 -2/28/03


              CURRENT EXPENSES AND CHARGES       $542.92
                                                 -------------
                    TOTAL FEES & EXPENSES        $6,993.92
                                                 =============

LAW OFFICES

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

TAX I.D. #23-1423089

```
Teaching Strategies, Inc.                  Invoice Number 375144
5100 Wisconsin Avenue, NW                  Invoice Date   05/31/03
Suite 200                                  Client Number  30759
Washington, DC 20016                       Matter Number  178281
Attention:  Mr. Larry V. Bram              Page    2
```

-----------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR DISBURSEMENTS INCURRED THROUGH 30 APRIL 2003

EXPENSES AND CHARGES

| | |
|---|---:|
| Outside Photocopying Services | 134.73 |
| CURRENT EXPENSES AND CHARGES | 134.73 |
| TOTAL THIS MATTER | $134.73 |
| TOTAL AMOUNT OF THIS INVOICE | $509.73 |
| TOTAL BALANCE DUE | $509.73 |

Payment for legal services is due within 30 days of invoice date.

LAW OFFICES

TAX ID #23-1423089

# DrinkerBiddle&Reath
L L P

1500 K Street, N.W.

Washington, D.C. 20005-1209

202-842-8800

Teaching Strategies, Inc.                     Invoice Number 379423
5100 Wisconsin Avenue, NW                      Invoice Date   06/30/03
Suite 200                                      Client Number  30759
Washington, DC 20016                           Matter Number  178281
Attention: Mr. Larry V. Bram                   Page   1

--------------------------------------------------------------------

RE: (178281)  ATS: TEACHER STREET (TEACHERSSTREET.COM)

FOR DISBURSEMENTS INCURRED THROUGH 31 MAY 2003

EXPENSES AND CHARGES

         Federal Express                            8.36
         Searches - LEXIS-NEXIS  Courtlink Service for    40.00
         the period of 3/1/03-3/31/03
                                                --------------

         CURRENT EXPENSES AND CHARGES              48.36
                                                --------------
         TOTAL THIS MATTER                        $48.36
                                                ==============


         TOTAL AMOUNT OF THIS INVOICE             $48.36
                                                --------------
         TOTAL BALANCE DUE                        $48.36
                                                ==============


    Payment for legal services is due within 30 days of invoice date.