IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TEACHING STRATEGIES, INC.          :
                                    :
v.                                  :   Civil Action WMN-02-3561
                                    :
TEACHER STREET, INC.               :

**ORDER**

On March 28, 2003, this Court entered judgment by default in favor of Plaintiff. In the order entering judgment, the Court also held that Plaintiff was entitled to attorneys' fees and costs. Plaintiff's counsel has submitted an affidavit supporting a request for fees and costs in the amount of $37,044.06. Having reviewed that affidavit, the Court finds that those fees and costs were reasonably incurred in connection with Plaintiff's efforts to secure its legal rights and to protect its intellectual property. Consistent with this Court's order of March 28, 2003, IT IS this 9th day of January 2004, by the United States District Court for the District of Maryland, ORDERED:

1. That attorneys' fees and cost are awarded to Plaintiff in the amount of $37,044.06; and

2. That the Clerk of the Court shall mail or transmit copies of this Order to all counsel of record.

_____/s/_____
William M. Nickerson
Senior United States District Judge